IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                          CASE NO. 17-CR-10014-002

BOBBY RAY WELCH, also
known as Bobby Ray Holmes                                             DEFENDANT

## ORDER

Before the Court is the Government's Motion to Dismiss. ECF No. 137. In the instant motion, the Government moves the Court to dismiss the Indictment without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). Upon consideration, the Court finds that the instant motion should be and hereby is **GRANTED** and the Indictment is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of November, 2018.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge